# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156270(69)

WILLIAM R. HENDERSON and All Others
Similarly Situated,
            Plaintiffs-Appellants,

v

SC: 156270
COA: 332314
Ingham CC: 15-000645-AA

CIVIL SERVICE COMMISSION and
DEPARTMENT OF CORRECTIONS,
            Defendants-Appellees.
_____/

        On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before June 29, 2018.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2018



Clerk